UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-8135-BER

IN RE APPLICATION
FOR SEARCH WARRANT

_____/

<u>MOTION TO UNSEAL</u>

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Application for Search Warrant, Search Warrant, and Affidavit as the investigation of this matter is concluded and no further need for confidentiality is required.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY


BY:   *ELLEN L. COHEN*
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY